# *Memorandum*



| Subject: | Date: |
|---|---|
| <u>United States v. Approximately 205,850 Plastic Bags,</u> <u>CV 2:19-05218</u> | June 14, 2019 |

| To: | From: |
|---|---|
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | MICHAEL R. SEW HOY<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>Criminal Division |

For purposes of determining whether the above-referenced matter, being filed on June 14, 2019:

(a)     should be assigned to the Honorable André Birotte Jr., it

☐ is

☒ is not

a matter that was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)     should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; or (3) a matter in which current First Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

                                         /s/ Michael R. Sew Hoy
                                         MICHAEL R. SEW HOY
                                         Assistant United States Attorney